IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------------------X
UNITED STATES OF AMERICA,
Plaintiff,

                                                    CRIMINAL NO. 25-424 (MAJ)

        -against-

[1] ALVIN LARA-MARTINEZ,
[2] ALDER LARA-MARTINEZ,

Defendant.
-----------------------------------------------------------------------X

**THE GOVERNMENT'S INFORMATIVE**
**MOTION REGARDING POTENTIAL CONFLICTS**

TO THE HONORABLE COURT:

        COMES NOW the United States of America, by and through the undersigned attorneys,

and respectfully provides the Court with information regarding potential conflicts:

        1.        The government understands that the following attorneys have a potential conflict

of interest with the representation of any defendant in United States v. Alvin Lara-Martinez et al.,

Criminal Case No. 25-424 (MAJ):

                a.  Office of the Federal Public Defender

**WHEREFORE**, the government respectfully request the Court take notice of the information contained herein.

Respectfully submitted.

In San Juan, Puerto Rico, this 25th of November 2025.

W. STEPHEN MULDROW
United States Attorney

Ryan R. McCabe – G03505
Assistant United States Attorney
Torre Chardon, Suite 1201
350 Carlos Chardon Street
San Juan, PR 00918
ryan.mccabe@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this November 25, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties.

/s/ Ryan R. McCabe
Ryan R. McCabe – G03505
Assistant United States Attorney
Torre Chardon, Suite 1201
350 Carlos Chardon Street
San Juan, PR 00918
ryan.mccabe@usdoj.gov